UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LARRY JOE COLLINS,
Plaintiff

v.

J.A. BLEDSOE, et al.,
Defendants

No. 3:cv-12-2244

(Conner, J.)
(Mehalchick, M.J.)

FILED SCRANTON
JUN 16 2017
PER _____ DEPUTY CLERK

## MOTION FOR THE APPOINTMENT OF COUNSEL

Plaintiff, Larry Joe Collins, pursuant to section 1915, request this Court to appoint counsel to represent him in this case for the following reasons:

1. The plaintiff is unable to afford counsel.

2. The plaintiff has a limited knowledge of the law.

3. The plaintiff, through visits while incarcerated at U.S.P. Lewisburg, made a request to paralegal Specialist, David Sprout, that the Lewisburg Prison Project represent him in this case, and also the plaintiff submitted a letter to the head of the Lewisburg Prison Project, Attorney Angus Love, requesting the same, but each time was told they did not have enough personnel to represent all the many prisoners who needed representation, and at that point that they thought the plaintiff was doing a pretty good job of representing himself.

4. The issues involved in this case, at this stage, have become too com-

1

plex for the plaintiff to understand. For example:

    To the best of the plaintiff's limited knowledge of the law, he has filed a brief in answer to the defendant's motion and brief for summary judgment, and also his brief was submitted in support of his own motion for partial summary judgment. Further in his limited knowledge of the law, the plaintiff submitted a statement of disputed factual issues in answer to the defendants' statement of material facts — which was acknowledged in the defendants' motion for an enlargement of time at paragraph 10. But prior to the defendants filing this motion for an enlargement of time — and this is where it becomes complex — the Court ordered the plaintiff to submit a brief in opposition to the defendants' motion for partial summary judgment on or before June 13, 2017. But respectfully, the plaintiff have not received said document either from the Court or the defendants, this document to the plaintiff's knowledge do not exist yet the Court has stipulated that "if an opposition brief is not timely filed, the plaintiff shall be deemed not to oppose the motion to dismiss," and further it has stated that "no further extensions will be permitted." This is truely a legal ambiguity the plaintiff sincerely need help with from a person trained in the law.

WHEREFORE, this Honorable Court should appoint counsel to represent the plaintiff.[1]

Dated: June 8, 2017

Respectfully submitted

Larry Joe Collins
Larry Joe Collins # 00094-728
United States Penitentiary Terre Haute
P.O. Box 33
Terre Haute, IN 47808-0033

---

[1] See enclosed Court ORDER, paragraph 2.

Office of the Clerk
United States District Court
Middle District of Pennsylvania
William J. Nealon Federal BLDG. and U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

Dated: 6/8/2017

Dear Clerk,

Please find enclosed with this letter for filing with the Court: my Motion for The Appointment of Counsel.

Thanks for your time and help in this matter

Respectfully submitted

Barry Joe Collins # 00094-128
United States Penitentiary Terre Haute
P.O. Box 33
Terre Haute, IN 47808-0033

PS: Also find enclosed with this letter for filing with the Court: my motion for an extension of time.



Office of the Clerk
United States District Court
Middle District of Pennsylvania
William J. Nealon Federal BDG. & U.S. Courthouse
235 North Washington Avenue
PO Box 1822
Scranton, PA 18501-1148

Larry Joe Collins
00094-126

RECEIVED
SCRANTON
JUN 16 2017
PER _____ , DEPUTY CLERK

Legal Mail