# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LARRY JOE COLLINS,** | : | **CIVIL ACTION NO. 3:12-CV-2244** |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **WARDEN B. A. BLEDSOE**, *et al.*, | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 18th day of December, 2018, upon consideration of the motion *in limine* (Doc. 212) filed by plaintiff Larry Joe Collins ("Collins"), and the parties' respective briefs in support of and opposition to said motion, (Docs. 213-15), and in accordance with the accompanying memorandum, it is hereby ORDERED that:

1. Collins' motion *in limine* (Doc. 212) is conditionally GRANTED.

2. Subject to the conditions stated in the accompanying memorandum, evidence of Collins' prior convictions, length of sentence, and disciplinary history shall be excluded from the upcoming civil trial scheduled to commence on January 28, 2019.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania