# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LARRY JOE COLLINS,** | : | **CIVIL ACTION NO. 3:12-CV-2244** |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| v. | : | |
| **WARDEN B. A. BLEDSOE,** *et al.*, | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 25th day of September, 2019, upon consideration of the motion (Doc. 234) for leave to appear at trial without shackles filed by plaintiff Larry Joe Collins ("Collins"), and it appearing that defendants take no position on the motion but instead defer to the judgment of the United States Marshals Service, (see Doc. 234 ¶ 17), and the court noting that Collins' medical condition substantially inhibits his mobility, it is hereby ORDERED that:

1. Collins' motion (Doc. 234) is GRANTED.

2. The United States Marshals Service shall permit Collins to appear without shackles, handcuffs, or other restraints **during the time the jury is present in the courtroom**. At all other times, the United States Marshals Service shall determine whether restraints are necessary to maintain safety or security in the courtroom.

　　　　　　　　　　　　　　　　　　/S/ CHRISTOPHER C. CONNER
　　　　　　　　　　　　　　　　　　Christopher C. Conner, Chief Judge
　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　Middle District of Pennsylvania