```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| **LARRY JOE COLLINS,** | : | CIVIL ACTION NO. 3:12-CV-2244 |
| | : | |
| **Plaintiff** | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **WARDEN B. A. BLEDSOE**, *et al.*, | : | |
| | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 2nd day of October, 2019, upon consideration of defendants' motion (Doc. 230) *in limine*, wherein defendants seek exclusion of all evidence related to plaintiff's cell extraction on May 4, 2011, except as to a particular "Fifteen Minute Restraints Check Form" from that date, and the court noting that plaintiff's excessive-force claims related to the May 4, 2011 cell extraction have been resolved at the Rule 56 stage in defendants' favor, (see Doc. 186 at 3; Doc. 180 at 13-15), and that those events are largely unrelated to the May 3, 2011 allegations of excessive force that remain pending for trial, and the court thus finding that the May 4, 2011 events have little relevance or probative value with respect to the surviving claims, see generally FED. R. EVID. 401, and the court further concluding that the "Fifteen Minute Restraints Check Form" is equally irrelevant to the pending May 3, 2011 excessive-force claims, it is hereby ORDERED that:

1. Defendants' motion (Doc. 230) *in limine* is GRANTED in part and DENIED in part.

2. Both parties are PRECLUDED from discussing, referencing, or introducing evidence related to the May 4, 2011 cell-extraction events or any documentary or video evidence related thereto.

                                           /S/ CHRISTOPHER C. CONNER
                                           Christopher C. Conner, Chief Judge
                                           United States District Court
                                           Middle District of Pennsylvania